# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ELSON T. TURNER, | ) |
| Plaintiff. | ) |
| v. | ) Cv. No. 23-2600-SHM/cgc |
| FEAM AERO, LLC, | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff's September 20, 2023 motion to proceed in forma pauperis (D.E. 2). For good cause shown, the motion is GRANTED.

IT IS SO ORDERED this 22nd day of September, 2023.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE